SEAN P. NALTY (SBN 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY

DANIEL S. GLASS (SBN 140819)
ATTORNEY AT LAW
dsglawyer@sbcglobal.net
641 Fulton Ave., Suite 200
Sacramento, CA  95825
Telephone:    916.483.1971
Facsimile:     916.483.1371

Attorney for Plaintiff
JOHANNES MOEHNLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| JOHANNES MOEHNLE<br><br>            Plaintiff,<br><br>      v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY<br><br>            Defendant. | Case No. 2:13-cv-01813-JAM-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION TO ANSWER THE COMPLAINT; ORDER**<br><br>Complaint Filed:  August 30, 2013<br>Trial Date:<br>Judge:               Hon. John A. Mendez |

Case No. 2:13-cv-01813-JAM-AC
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO ANSWER THE COMPLAINT

Plaintiff Johannes Moehnle ("plaintiff") and Defendant Sun Life and Health Insurance Company ("defendant") (collectively "the Parties") hereby stipulate as follows:

### THE REASON FOR THE STIPULATION

Defendant was served with plaintiff's Complaint for Benefits under ERISA (29 U.S.C. Sec. 1132), Equitable Relief, and Declaratory Relief ("Complaint") on September 4, 2013. The response to the complaint was due on September 27, 2013. The Parties previously stipulated that defendant could have an extension of time to October 18, 2013, to answer the Complaint, which extension was less than 28 days and therefore Court approval was not required pursuant to Local Rule 144(a).

Counsel for plaintiff Mr. Glass and counsel for defendant Mr. Nalty have worked against each other in several matters and believe that settlement talks can be productive in the early stages of this matter. Moreover, defendant would prefer to invest attorney time in pursuing these settlement discussions rather than having to incur the expense of drafting an answer. Avoiding this expense will likely help make the settlement discussions more productive.

### THE STIPULATION

Accordingly, for the reasons stated above, plaintiff, through his counsel of record Mr. Glass, and defendant through its counsel of record Mr. Nalty, hereby stipulate that defendant has until November 8, 2013 to file an answer to the complaint in this matter. No additional extensions will be requested by defendant. The parties should be able to complete their initial settlement discussions during this period.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: October 17, 2013.   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Sean P. Nalty
    Sean P. Nalty

Attorneys for Defendant SUN LIFE AND HEALTH INSURANCE COMPANY

DATED:  October 17, 2013.                    DANIEL S. GLASS
                                              ATTORNEY AT LAW


                                              By:  /s/ Daniel S. Glass
                                                   Daniel S. Glass

                                              Attorney for Plaintiff JOHANNES MOEHNLE


## **ORDER**

Based on the stipulation of the Parties stated above, and Good Cause appearing therefore, defendant has until November 8, 2013, to file its answer the Complaint in this matter.

IT IS SO ORDERED.


DATED: 10/17/2013                             /s/ John A. Mendez
                                              Honorable John A. Mendez
                                              United States District Court Judge

16207520.2