Sean P. Nalty (SBN 121253)
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY

DANIEL S. GLASS (SBN 140819)
ATTORNEY AT LAW
dsglawyer@sbcglobal.net
641 Fulton Ave., Suite 200
Sacramento, CA 95825
Telephone:   916.483.1971
Facsimile:    916.483.1371

Attorney for Plaintiff
JOHANNES MOEHNLE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| JOHANNES MOEHNLE,<br><br>           Plaintiff,<br><br>      v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY<br><br>           Defendant. | Case No. 2:13-cv-01813-JAM-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:  August 30, 2013<br>Trial Date:           None<br>Judge:                  Hon. John A. Mendez |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 160, the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

\\\

\\\

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: February 17, 2015.  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sean P. Nalty
    Sean P. Nalty

Attorneys for Defendant SUN LIFE AND HEALTH INSURANCE COMPANY

DATED: February 17, 2015.  DANIEL S. GLASS
ATTORNEY AT LAW

By: /s/ Daniel S. Glass
    Daniel S. Glass

Attorney for Plaintiff JOHANNES MOEHNLE

## **ORDER**

Based on the stipulation of the Parties stated above, and Good Cause appearing the above captioned matter shall be dismissed in its entirety, with prejudice, each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

DATED: 2/17/2015

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

16207520.1